# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA TO A DIVISION OF SAID COURT

:   No. 371 Common Pleas Judicial
:   Classification Docket
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 20th day of December, 2021, upon consideration of the Petitions of the Honorable Kim Berkeley Clark, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the reassignment of Judges to divisions of the court, it is hereby **ORDERED** that the Petitions are **GRANTED** and the following reassignments are approved:

  Family Dvision to Civil Division

  The Honorable Daniel D. Regan
  The Honorable Mary C. McGinely

  Family Division to Criminal Division

  The Honorable Jennifer Satler